IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANICE P. WILLIAMS-COOKS
and ROBERT B. COOK, JR.,

    Plaintiffs,

v.     No. 03-2147-B/P

NORTHWEST AIRLINES, INC., et al.,

    Defendants.

## ORDER OF REFERENCE

Before the court is Plaintiffs' Motion to Continue FRCP Rule 16(b) Scheduling Conference filed on April 14, 2005.

This matter is hereby referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

IT IS SO ORDERED this 21st day of April, 2005.

           J. DANIEL BREEN
           UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable J. Breen
US DISTRICT COURT