IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 APR 28 PM 2:36

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. TN, MEMPHIS

JANICE P. WILLIAMS-COOKS )
and ROBERT B. COOK, JR., )
)
Plaintiffs, )
)
vs. ) Civ. No. 03-2147-B/P
)
NORTHWEST AIRLINES, INC., )
et al., )
)
Defendants. )

---

### ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE FRCP RULE 16(b) SCHEDULING CONFERENCE

---

Before the Court is Plaintiffs' Motion to Continue FRCP Rule 16(b) Scheduling Conference, filed April 14, 2005, (Dkt #43). For good cause shown, the motion is GRANTED. The parties are hereby ordered to appear before **Magistrate Judge Tu M. Pham, Courtroom #6, Third Floor,** on **May 26, 2005 at 10:00 a.m.** for a scheduling conference.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

4/27/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Honorable J. Breen
US DISTRICT COURT