IN THE UNITED STATES DISTRICT COURT FILED BY ~~PK~~ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 JUN -7 PM 3: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JANICE P. WILLIAMS-COOK,
Individually, and
ROBERT B. COOK, JR.,
Individually,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,    Docket No.    03-2147 MA BRE
d/b/a NORTHWEST AIRLINES,
MESABA HOLDING, INC.,
holding company of
MESABA AVIATION, INC.,
d/b/a MESABA AIRLINES, and
JEREMY ANDERSON, Individually,

    Defendants.

TMP
~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on June 9, 2005. Present were Ben Clayton, counsel for plaintiffs, and George S. Petkoff and Jonathan B. Hensley, counsel for defendants. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** already filed by both parties.

**JOINING PARTIES:** November 18, 2005

**AMENDING PLEADINGS:** November 18, 2005

**INITIAL MOTIONS TO DISMISS:** November 18, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/8/05

**COMPLETING ALL LAY WITNESS DISCOVERY:** October 28, 2005

    (a) **DOCUMENT PRODUCTION:** October 28, 2005

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** October 28, 2005

**EXPERT WITNESS DISCLOSURES AND DEPOSITIONS (Rule 26):**

    (a) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** November 18, 2005

    (b) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** December 19, 2005

    (c) **DISCOVERY DEPOSITIONS OF PLAINTIFFS' EXPERT:** January 30, 2006

    (d) **DISCOVERY DEPOSITIONS OF DEFENDANTS' EXPERT:** March 30, 2006.

**EVIDENTIARY DEPOSITIONS OF WITNESSES NOT APPEARING IN PERSON AT TRIAL:** May 1, 2006

**FILING DISPOSITIVE MOTIONS:** June 30, 2006

**PRE-TRIAL CONFERENCE:** To be set in the Court's discretion anytime after August 15, 2006.

**TRIAL:** To be set in the Court's discretion anytime after August 30, 2006.

**OTHER RELEVANT MATTERS:**

    No lay discovery depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 4 days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation before close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the Magistrate Judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 7, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Honorable J. Breen
US DISTRICT COURT