IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 4:14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JANICE P. WILLIAMS-COOK, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Civ. No. <u>03-2147-Ma/P</u> |
| NORTHWEST AIRLINES, INC., et al., ) | |
| Defendants. ) | |

## ORDER GRANTING CONTINUANCE

Before the Court is plaintiffs Janice P. Williams-Cook and Robert Cook, Jr.'s, Motion to Continue Scheduling Conference. For good cause shown, the motion is GRANTED. The scheduling conference is re-set before **Magistrate Judge Tu M. Pham, Courtroom #6, Third Floor**, to **July 28, 2005, at 09:30 a.m.**

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 7, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Honorable J. Breen
US DISTRICT COURT