IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG -1  PM 2: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JANICE P. WILLIAMS-COOK, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Civ. No. <u>03-2147-B/P</u> |
| NORTHWEST AIRLINES, INC., et al., ) ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING IN PART DEFENDANTS' MOTION TO ORDER MEDIATION AND TO DECLARE SEQUENCE OF DISCOVERY DEPOSITIONS FOR DETERMINATION AT SCHEDULING CONFERENCE**

Before the court is defendants' Motion to Order Mediation and to Declare Sequence of Discovery Depositions for Determination at Scheduling Conference, filed July 13, 2005 (dkt #55). On July 28, 2005, the court held a scheduling conference to address the motion. Counsel for all parties were heard. The court GRANTED in part the motion as follows:

1. The parties, by agreement, are directed to engage in mediation on August 25, 2005.

2. Plaintiffs will be permitted to depose witnesses Surusa Kumar, Katherine Womack, and James Mitchum prior to August 25. However, if the plaintiffs are unable to subpoena these witnesses

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-2-05

59

or otherwise complete the depositions before August 25, the mediation shall nevertheless proceed as scheduled.

3. Defendants may depose the plaintiffs after August 25, and before the plaintiffs depose Jeremy Anderson. The Anderson deposition shall be taken the day after the plaintiffs' depositions are completed, or as soon thereafter as reasonably possible.

4. The deposition of the plaintiffs' treating psychiatrist shall not be taken until after November 18, 2005.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 29, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable J. Breen
US DISTRICT COURT