IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE WESTERN DIVISION

```
JANICE P. WILLIAMS-COOK,
Individually, and
ROBERT B. COOK, JR.,
Individually,

        Plaintiffs,

vs.                                 Docket No.  03-2147 MA BRE

NORTHWEST AIRLINES, INC.,
d/b/a NORTHWEST AIRLINES,
MESABA HOLDING, INC.,
holding company of
MESABA AVIATION, INC.,
d/b/a MESABA AIRLINES, and
JEREMY ANDERSON, Individually,

        Defendants.
```

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appeared to the Court, upon statement of counsel, that all the matters and things in controversy have now been compromised and settled, and all parties have agreed and consented that this cause be dismissed with prejudice, with each party to bear its own costs.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this cause be, and is hereby dismissed with prejudice, with each party to bear its own costs.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05



CONSENTED TO:

_____
Ben E. Clayton,
Louisiana Bar No. 17512
Attorney for Plaintiffs
200 Commercial Square Rd.
Suite "D"
Slidell, Louisiana 70461


PETKOFF AND ASSOCIATES
Attorneys for Defendants,
Mesaba Aviation, Inc., and
Jeremy Anderson

_____
George S. Petkoff (BPR No. 7623)

_____
Jonathan B. Hensley (#021517)
305 Washington Avenue
Memphis, Tennessee 38103
(901) 523-1050

SO ORDERED this 21st day of Sept, 2005

_____
JUDGE

9/21/05
DATE

F:\Apps\WPDATA\FILES\GSP\PETKOFF\105-3034\PLEADING\ORDERS\DISMISS

2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable J. Breen
US DISTRICT COURT