# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 22 PM 2: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JANICE P. WILLIAMS-COOK,
Individually, and
ROBERT B. COOK, JR.,
Individually,

    Plaintiffs,

v.

NORTHWEST AIRLINES, INC.,
d/b/a NORTHWEST AIRLINES,
MESABA HOLDING, INC.,
holding company of
MESABA AVIATION, INC.,
d/b/a MESABA AIRLINES, and
JEREMY ANDERSON, Individually,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:03-2147-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on September 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/22/05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9-26-05__

61

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CV-02147 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Ben E. Clayton
LAW OFFICE OF BEN E. CLAYTON
200 Commercial Square Rd.
Slidell, LA 70461

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

George S. Petkoff
PETKOFF & LANCASTER
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable J. Breen
US DISTRICT COURT